# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREA BENNETT, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-118 |
| v. | * | |
| JEFFRY FIKES, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 8.  Petitioner Andrea Bennett ("Bennett") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  Thus, the Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Bennett's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter

AO 72A
(Rev. 8/82)

the appropriate judgment of dismissal, and **DENIES** Bennett *in forma pauperis* status on appeal.

**SO ORDERED**, this __14__ day of __February__, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2